UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAURICE ALLEN, | )<br>) |
| Plaintiff, | )<br>) |
| vs. | ) Case No. 4:07-CV-1936 JCH<br>) |
| APRIA HEALTHCARE, INC., | )<br>) |
| Defendant. | ) |

## **ORDER**

This matter is before the Court upon the application of Maurice Allen for leave to commence this action without payment of the required filing fee. Upon consideration of the financial information provided with the application, the undersigned finds that the applicant is financially unable to pay any portion of the filing fee.

Therefore,

**IT IS HEREBY ORDERED** that plaintiff's motion for leave to proceed in forma pauperis [Doc. #2] is **GRANTED**. See 28 U.S.C. § 1915(a)(1).

**IT IS FURTHER ORDERED** that the Clerk shall issue process or cause process to be issued upon the complaint.

Dated this 27th day of November, 2007.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE