UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| MAURICE ALLEN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV1936 JCH |
| ) | |
| APRIA HEALTHCARE, INC., ) | |
| ) | |
| Defendant(s). ) | |

## **ORDER OF DISMISSAL**

In accordance with the Order entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiff's Complaint is **DISMISSED** without prejudice.

**IT IS FURTHER ORDERED** that the Clerk of Court shall forward a copy of this Order of Dismissal to Plaintiff at each of the following two (2) addresses:

>Maurice Allen
>11665 Hazel Oak Drive
>Florissant, MO 63033

>Maurice Allen
>P.O. Box 52296
>St. Louis, MO 63136

Dated this 26th day of February, 2008.

>/s/ Jean C. Hamilton
>UNITED STATES DISTRICT JUDGE